UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS G. THOMAS                                    CIVIL ACTION

VERSUS                                              NO. 10-638-JJB-DLD

SOUTHERN FIDELITY INSURANCE
COMPANY

### AMENDED ORDER

The court sua sponte notes the insufficiency of the defendant's allegations with respect to the amount in controversy.

The jurisdictional amount in controversy is determined by the value of the underlying claim, which is unclear based on the facts alleged. See, *Hartford Ins. Group v. Lou-Con, Inc.*, 293 F.3d 908 (5th Cir. 2002); *Lee v. Empire Ins., et al*, 2009 WL 2160437 (E.D. La. 2009). Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **November 30, 2010**, the defendant shall file an amended notice of removal setting forth all particulars required to sustain diversity jurisdiction. Failure to timely comply with this order may result in sanctions being imposed upon counsel.

**IT IS FURTHER ORDERED** that the defendant shall file an amended notice of removal properly setting forth its citizenship. Both the state of incorporation and **principal place of business** of each corporate party is required for diversity jurisdiction. See, e.g., *Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983).

Signed in Baton Rouge, Louisiana, on November ___18___, 2010.

_____
MAGISTRATE JUDGE DOCIA L. DALBY